AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| CONGYING ZHENG | ) |
| *Defendant* | ) |

Case No.   20-MJ-1025 (PK)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONGYING ZHENG                                                                                     .

Date:   11/13/2020

S/ PAUL A. GOLDBERGER
*Attorney's signature*

PAUL A. GOLDBERGER / PG5640
*Printed name and bar number*

GOLDBERGER & DUBIN, P.C.
401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013

*Address*

GND401@AOL.COM
*E-mail address*

(212) 431-9380
*Telephone number*

(212) 966-0588
*FAX number*

Print          Save As...                                        Reset