AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CONGYING ZHENG<br>*Defendant* | ) ) ) ) ) ) Case No. 21-CR-265 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONGYING ZHENG

Date: 05/20/2021

S/   Renee M. Wong
*Attorney's signature*

Renee M Wong, Esq.

401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

Renne@wonglaw.net
*E-mail address*

917-701-0792
*Telephone number*

(212) 966-0588
*FAX number*

[Print]  [Save As...]  [Reset]