# RENEE M. WONG, ESQ.

Attorney at Law
401 Broadway, suite 306
New York, New York 10013
(917) 701-0792
(212) 966-0588
Email: Renee@Wonglaw.net

June 14, 2021

<u>**VIA ECF**</u>

Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    *United States v. McMahon, et al.*
                    Docket No. 21-265

Your Honor:

Please be reminded that I represent Congying Zheng in the above-referenced indictment. This letter is in response to co-Defendant McMahon's ECF letter request for an adjournment of the June 29, 2021, status conference.

Based upon the proposed dates and times submitted by Mr. McMahon's counsel, Mr. Zheng's counsel is available on July 6th (afternoon only), July 7th, and July 14th. Thank you for your consideration of those dates for co-counsel's application for an adjournment.

                                              Respectfully submitted,

                                              S/

                                              Renee M. Wong, Esq.