

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 12, 2021

<u>By Email and Electronic File Sharing</u>

Paul A. Goldberger
Renee Melinda Wong
c/o Goldberger & Dubin PC
401 Broadway, Suite 306
New York, New York 10013

   Re: United States v. Congying Zheng
      <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

  Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, supplementing our production dated May 25, 2021. The government also requests reciprocal discovery from the defendant. Pursuant to Rule 16.1 of the Federal Rules of Criminal Procedure, the government remains available to confer further about pretrial discovery at a mutually convenient time.

  The materials provided with today's production are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021. <u>See</u> ECF No. 70. In particular, we note that the government considers the materials produced today to constitute "Sensitive Discovery Material." <u>See</u> <u>id.</u> at ¶¶ 7-11. If you wish to discuss the designation of this material as "Sensitive," please do not hesitate to contact us.

  The documents bearing Bates numbers CZ-000006 through CZ-000563 consist of search warrants and related documentation, including but not limited to cellular telephone accounts associated with the defendant. These materials also bear markings reflecting their designation as "Sensitive Discovery Material," as discussed above.

Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

Very truly yours,

JACQUELYN M. KASULIS<br>
Acting United States Attorney

By:   /s/ J. Matthew Haggans
      Craig R. Heeren
      J. Matthew Haggans
      Ellen H. Sise
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures (via USAFx)
cc:   Clerk of the Court (PKC) (by ECF) (without enclosures)