# RENEE M. WONG, ESQ.

Attorney at Law
401 Broadway, suite 306
New York, New York 10013
(917) 701-0792
(212) 966-0588
Email: Renee@Wonglaw.net

March 24, 2023

<u>*VIA ECF*</u>

Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. McMahon, et al.*
               Docket No. 21-265

Your Honor:

    Please be reminded that I represent Congying Zheng in the above-referenced indictment.

Attached please find the certificate of service for the CIPA section 5 notice.

    Thank you.

               Respectfully submitted,

               S/

               Renee M. Wong, Esq.