# Exhibit A

## Joint[1] List of Names and Places Likely to Be Referenced at Trial

Seated at the Government's Table:

1. Assistant U.S. Attorneys Craig Heeren, Meredith Arfa and Irisa Chen

2. Trial Attorney Christine Bonomo, Department of Justice National Security Division

3. Paralegal Specialist Mary Clare McMahon

4. Special Agent Christopher Bruno, Federal Bureau of Investigation ("FBI")

Seated at the Defense Table:

5. Michael McMahon, Defendant

6. Lawrence Lustberg, Esq.

7. Genna Conti, Esq.

8. Zheng Congying, Defendant

9. Renee Wong, Esq.

10. Paul Goldberger, Esq.

11. Zhu Yong, also known as Jason Zhu, Defendant

12. Kevin Tung, Esq.

Names That May Be Mentioned During Trial:

13. Assistant United States Attorney Ellen Sise

14. Assistant United States Attorney Matthew Haggans

15. Intelligence Analyst Mary Hamilton, FBI

16. Forensic Examiner Charity Davis, FBI

17. Forensic Examiner Christian Schorle, FBI

18. Forensic Examiner Gregg Mokrzcki, FBI

---

[1] Defendants McMahon and Zheng do not object to this list of names and places likely to be referenced. Defendant Zhu was provided a copy of the proposed list, but did not provide his position on the list.

1

19. Forensic Examiner Melinda Brooks, FBI

20. Forensic Examiner Taynia Chin, FBI

21. Latent Prints Examiner Ashlee Taylor, FBI

22. Latent Prints Examiner Elaina Graff, FBI

23. Latent Prints Examiner Erik Carpenter, FBI

24. Latent Prints Examiner Jacqueline Slebrch, FBI

25. Latent Prints Examiner Nicole Bagley, FBI

26. Linguist Diana Doss, FBI

27. Linguist Moon Kim, FBI

28. Linguist Ping Cross, FBI

29. Special Agent Elisabeth Wheeler, FBI

30. Special Agent Elliot Lamarre, FBI

31. Special Agent Kelsey Palermo, FBI

32. Special Agent Sean McCarthy, FBI

33. Supervisory Special Agent Geoffrey Stankevitz, FBI

34. Kevin Hecht, ret. Special Agent FBI

35. Robert Reilly, ret. Special Agent FBI

36. Task Force Officer Ian Rosenberg, FBI

37. Special Agent Mark Cosentino, Homeland Security Investigations ("HSI")

38. Special Agent Neviene Habeeb, HSI

39. Special Agent Thomas Mulhall, HSI

40. Special Agent Christopher Miller, Drug Enforcement Administration ("DEA")

41. Special Agent Matthew Maguire, Diplomatic Security Service ("DSS")

42. Intelligence Analyst Eungee Hwang, U.S. Attorney's Office, Eastern District of New York

43. Special Agent Marcus Rivera, U.S. Attorney's Office, Eastern District of New York

44. Special Agent George Dietz, U.S. Attorney's Office, Eastern District of New York

45. John Ross, ret. Supervisory Special Agent, U.S. Attorney's Office, Eastern District of New York

46. █████

47. █████████

48. ████

49. ████

50. ██████

51. █████

52. ██

53. ████████████████████████

54. ██

55. ██████████████

56. Absolute Investigations LLC

57. Andrew Wedeman

58. Brian J. Neary

59. Brian O'Rourke

60. Chen Chaohong

61. Chen Hansheng

62. Gregory Finning

63. Eric Gallowitz

64. Hu Ji, also known as Eric Yan

65. J Lifetime LLC

66. Jin Hongru, also known as Allen Jin

3

67. Lance Ribacoff

68. Li Feng

69. Li Minjun

70. Li Qi

71. Liu Jing

72. Li Songqing

73. Li Hongzhong

74. Kuang Zebin, also known as Vincent Kuang

75. Mary McMahon, also known as Mary Martha McMahon or Martha Byrne

76. McMahon Investigative Group

77. Michael Kelly

78. Michael T. McMahon

79. North American Services

80. Rong Jing

81. Shi Laping, Esq.

82. Stuyvesant Investigative Group

83. Sun Hui

84. Tu Lan

85. Wang Shutao

86. Xiao Jun

87. Xinba Construction Group Co. Ltd.

88. Xu Guohua

89. Yu Haiping

90. Zhai Yongqiang

4

91. Zhu Feng, also known as Johnny Zhu

92. Zhu Haiping

93. Zhu Jianping

Places:

94. Hubei Province in the People's Republic of China

95. Warren, New Jersey

96. Short Hills, New Jersey

97. Transperfect Office located at 132-21 Roosevelt Avenue, Suite #210, Flushing, New York

98. Hotel Edison located at 228 W. 47th St., New York, New York

99. Panera Bread located at 770 NJ-17, Paramus, New Jersey

100. Embassy Suites located at 95 International Blvd, Elizabeth, New Jersey

101. Extended Stay Hotel located at 45 International Blvd, Elizabeth, New Jersey

The parties reserve the right to supplement or modify this list.