

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2023

By ECF and E-mail

| | | |
|---|---|---|
| Lawrence S. Lustberg | Kevin K. Tung | Renee M. Wong |
| Genna A. Conti | Kevin Kerveng Tung P.C. | 401 Broadway Suite 306 |
| Gibbons, P.C. | 136-20 38th Ave., Ste. 3D | New York, NY 10013 |
| One Gateway Center | Flushing, NY 11354 | 917-701-0792 |
| Newark, NJ 07102 | 718-939-4633 | renee@wonglaw.net |
| 973-596-4500 | ktung@kktlawfirm.com | |
| llustberg@gibbonslaw.com | | |
| gconti@gibbonslaw.com | | |

Re:   United States v. Hu Ji, et al.
      Criminal Docket No. 21-265 (S-1) (PKC)

Dear Counsel:

On May 2, 2023, the government electronically shared, via USAfx, its initial disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-referenced case, scheduled to commence on May 30, 2023.

The government does not concede the relevance, materiality or admissibility of the information disclosed herein. If the government becomes aware of any additional 3500 or Rule 16 material, the government will provide it to you as it becomes available. The government continues to request reciprocal discovery from the defendants.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
      Craig R. Heeren
      Meredith A. Arfa
      Irisa Chen
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (PKC) (by ECF) (without enclosures)