DRAFT 6/13/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

         - against -

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
      also known as "Jason Zhu,"

                    Defendants.
-------------------------------------------------------X

**VERDICT FORM**

21-CR-265 (S-1) (PKC)

We, the jury, find as follows:

## COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                              Not Guilty _____        Guilty _____

As to defendant ZHENG CONGYING:

                              Not Guilty _____        Guilty _____

As to defendant ZHU YONG:

                              Not Guilty _____        Guilty _____

## COUNT TWO
### Acting as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                    Not Guilty _____        Guilty _____

As to defendant ZHENG CONGYING:

                    Not Guilty _____        Guilty _____

As to defendant ZHU YONG:

                    Not Guilty _____        Guilty _____

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

                    Not Guilty _____        Guilty _____

As to defendant ZHENG CONGYING:

                    Not Guilty _____        Guilty _____

As to defendant ZHU YONG:

                    Not Guilty _____        Guilty _____

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

              Not Guilty _____   Guilty _____

As to defendant ZHENG CONGYING:

              Not Guilty _____   Guilty _____

As to defendant ZHU YONG:

              Not Guilty _____   Guilty _____


Dated: _____, 2023       _____
  Brooklyn, NY            JURY FOREPERSON