UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

       -against-                                          1:21-cr-00265 (PKC)

MICHAEL McMAHON, YONG ZHU, and
CONGYING ZHENG,

                                             Defendants.
-------------------------------------------------------------------X

       **It is hereby ORDERED** that the Marshal supply proper:

( )     LODGING

(X)    SUSTENANCE

( )     TRANSPORTATION

         to the (16) jurors in the above entitled case

( )     DURING SELECTION

( )     DELIBERATING

( )     SEQUESTERED

(X)    LUNCH

( )     OTHER _____

DATED:  Brooklyn, New York
           June 14, 2023

                               s/Hon. Pamela K. Chen

                             _____
                             PAMELA K. CHEN
                             UNITED STATES DISTRICT JUDGE