UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
    also known as "Jason Zhu,"

                    Defendants.
------------------------------------------------------X

**VERDICT FORM**

21-CR-265 (S-1) (PKC)

We, the jury, find as follows:

### COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

    Not Guilty __✓__   Guilty _____

As to defendant ZHENG CONGYING:

    Not Guilty __✓__   Guilty _____

As to defendant ZHU YONG:

    Not Guilty _____   Guilty __✓__



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 21CR265
DATE: 6/15/23

## COUNT TWO
### Acting as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

    Not Guilty _____    Guilty ✓

As to defendant ZHENG CONGYING:

    Not Guilty ✓    Guilty _____

As to defendant ZHU YONG:

    Not Guilty _____    Guilty ✓

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

    Not Guilty _____    Guilty ✓

As to defendant ZHENG CONGYING:

    Not Guilty _____    Guilty ✓

As to defendant ZHU YONG:

    Not Guilty _____    Guilty ✓

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

    Not Guilty _____    Guilty ✓_____

As to defendant ZHENG CONGYING:

    Not Guilty _____    Guilty ✓_____

As to defendant ZHU YONG:

    Not Guilty _____    Guilty ✓_____

Dated: June 20, 2023
Brooklyn, NY

_[signature]_
JURY FOREPERSON

3