

**BY ECF**

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY  10007

**J. Matthew Haggans**
**T**  +1 (212) 277-4000
**T**  +1 (646) 428-3678 (direct)
**E**  matthew.haggans@freshfields.com

**freshfields.us**

August 29, 2024

RE:     United States v. Ji Hu, et al.
          <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Judge Chen:

     I write to respectfully request that my appearance in the above-referenced case be terminated.  I have left the U.S. Attorney's Office, and will no longer represent the United States in this matter.  The U.S. Attorney's Office will continue to represent the United States in this matter.

     Respectfully submitted,

     J. Matthew Haggans

cc:     Clerk of Court (PKC) (By ECF)
          Counsel of record (By ECF)



Freshfields Bruckhaus Deringer is an international legal practice operating through Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP, Freshfields Bruckhaus Deringer (a partnership registered in Hong Kong), Freshfields Bruckhaus Deringer Law office, Freshfields Bruckhaus Deringer Foreign Law Office, Studio Legale associato a Freshfields Bruckhaus Deringer, Freshfields Bruckhaus Deringer Rechtsanwälte Steuerberater PartG mbB, Freshfields Bruckhaus Deringer Rechtsanwälte PartG mbB and other associated entities and undertakings. For further regulatory information please refer to www.freshfields.com/support/legal-notice