Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

EASTERN District of NEW YORK

Caption:

UNITED STATES OF AMERICA v.

CONGYING ZHENG

Docket No.: 21-CR-265 (PKC)

PAMELA K. CHEN
(District Court Judge)

Notice is hereby given that CONGYING ZHENG appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on 1/22/2025.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence ✓ Other ✓
Defendant found guilty by plea | | trial ✓ | N/A |
Offense occurred after November 1, 1987? Yes ✓ | No | N/A |
Date of sentence: 1/22/2025    N/A |
Bail/Jail Disposition: Committed ✓ Not committed ✓ N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | RENEE M. WONG, ESQ. |
| Counsel's Address: | 401 BROADWAY, SUITE 306 |
| | NEW YORK, NEW YORK 10013 |
| Counsel's Phone: | 212-431-9380 |
| Assistant U.S. Attorney: | AUSA IRISA CHEN, AUSA MEREDITH ARFA, AUSA CHRISTINE BONOMO |
| AUSA's Address: | 271 CADMAN PLAZA EAST |
| | BROOKLYN, NY 11201 |
| AUSA's Phone: | 718-254-7000 |

_[signature]_
Signature